IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

GREGORY DIXON,                          §
                                        §
            Plaintiff,                  §
                                        §
v.                                      §                1-23-CV-326-RP
                                        §
TESLA MOTORS, INC.,                     §
                                        §
            Defendant.                  §

## ORDER

On April 14, 2023, Plaintiff dismissed all claims in this case without prejudice. (Dkt. 9). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 24, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE